MEMORANDUM OPINION

 

No. 04-10-00485-CV

 

THE STATE OF TEXAS
FOR THE BEST INTEREST AND PROTECTION OF E.R.D.

 

From the Probate
Court No 1, Bexar County, Texas

Trial Court No. 2010-MH-1339

Honorable Polly
Jackson Spencer, Judge Presiding

 

PER CURIAM

 

Sitting:            Rebecca Simmons,
Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:  August 18, 2010

 

DISMISSED

 

Appellant has filed
a motion to dismiss this appeal.  The motion contains a certificate of service
to the Bexar County Criminal District Attorney’s Office who has not opposed the
motion.  Therefore, we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).   

 

PER
CURIAM